**Form B 2100A(Form 210A)(12/15)**

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

Case No.: 15-31150-KLP

IN RE:

Chapter: 13

HENRY L. SMITH, JR. AKA HENRY LOUIS SMITH

Debtor

---

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).

Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE SCIG SERIES III TRUST | DLJ Mortgage Capital, Inc. Serviced by Select Portfolio Servicing, Inc. |
| _____ | _____ |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 9-2
Amount of Claim: $105,410.65

BSI Financial Services
1425 Greenway Drive
#400
Irving, TX 75038

Date Claim Filed: 5/17/2016

Phone: (800) 327-7861
Last Four Digits of Acct #: XXXXXX0654         Last Four Digits of Acct #: XXXXXX0654

Name and Address where transferee payments should be sent (if different from above):

BSI Financial Services
Attn: Payment Processing Department
314 South Franklin Street
P. O. Box 517
Titusville, PA 16354

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By:    _/s/ Karl Anthony Moses, Jr._          Dated: March 13, 2018
         Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.*

BWW#: VA-317309