**Fill in this information to identify the case:**

Debtor 1: Henry L. Smith, Jr.

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern (Richmond)   District of Virginia
                                                                      (State)

Case number: 15-31150-KLP

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE SCIG SERIES III TRUST

**Court claim no.** (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account: 0654 ____ ____ ____

**Property address:** 2 Emerson Street
Number    Street

Richmond, Virginia  23223
City         State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
                                                              MM / DD / YYYY

[X] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                          (a) $ 2,740.96

b. Total fees, charges, expenses, escrow, and costs outstanding:                  + (b) $ 0.00

c. **Total**. Add lines a and b.  *Total amount is less a suspense balance of $56.72   *(c) $ 2,684.24

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   2 / 26 / 2020
                                                                     MM / DD / YYYY

---

Form 4100R                    **Response to Notice of Final Cure Payment**                    page **1**

15-718152

Debtor 1  Henry L. Smith, Jr.
          First Name    Middle Name    Last Name

Case number (*if known*) 15-31150-KLP

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Abby K. Moynihan, Esq.
Signature

Date 04/01/2020

Print: Abby K. Moynihan, Esq.
       First Name    Middle Name    Last Name

Title: Attorney for creditor

Company: McCabe, Weisberg & Conway, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 312 Marshall Ave, Suite 800
         Number       Street

Laurel, MD 20707
City          State    ZIP Code

Contact phone (301) 490 – 3361

Email: bankruptcyva@mwc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of April, 2020 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing pleading will be served electronically by the Court's CM/ECF system on the following:

**Kimberly Alice Chandler**
Chandler Law Firm
P.O. Box 17586
Richmond, VA 23226

**Suzanne E. Wade**
7202 Glen Forest Drive, Ste. 202
Richmond, VA 23226

I hereby further certify that on the 1st day of April, 2020, a copy of the foregoing pleading was also mailed first class mail, postage prepaid to:

**Henry L. Smith, Jr.**
2 Emerson Street
Richmond, VA 23223
(Via U.S Mail)

*/s/ Abby K. Moynihan, Esq.*
Abby K. Moynihan, Esq.